**SO. CAL. EQUAL ACCESS GROUP**
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff
OSCAR MAGALLANES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR MAGALLANES,<br><br>    Plaintiff,<br><br>vs.<br><br>SANTA PAULA SMOKE SHOP TOO, INC. D/B/A SANTA PAULA SMOKE SHOP; AGHAVNI NALBANDYAN, AS TRUSTEE OF THE MORRIS SAFAR AND AGHAVNI NALBANDYAN REVOCABLE TRUST; and DOES 1 to 10,<br><br>    Defendants. | Case No.: **2:23-cv-09006 ODW (JPRx)**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

**PLEASE TAKE NOTICE** that Plaintiff OSCAR MAGALLANES ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses the entire action *with* prejudice pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

(a) **Voluntary Dismissal.**

1

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION**

1       (1) *Without a Court Order*. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

      (i) A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

None of the Defendants has either answered Plaintiff's Complaint, or filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

DATED: December 1, 2023        **SO. CAL. EQUAL ACCESS GROUP**

By:   */s/ Jason J. Kim*
      Jason J. Kim, Esq.
      Attorneys for Plaintiff

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION**